```
                                                    FILED
                                              U.S. DISTRICT COURT
                                                 SAVANNAH DIV.
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF GEORGIA         2018 SEP 10  AM 11:58
               BRUNSWICK DIVISION
                                              CLERK_____TRB_____
                                                    SO. DIST. OF GA.
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v.  ) | 18 U.S.C. § 371   CR218-041 |
| ) | Conspiracy |
| CALEB JAMES ANDERSON ) | |
| AUSTIN ALLEN CROSS ) | 18 U.S.C. § 842(a)(1)(3) |
| SEAN PATRICK REARDON ) | Possession of Explosive Materials |
| KYLE PRESTON CLASBY ) | |
| ) | 18 U.S.C. § 641 |
| ) | Theft of Government Property |

## PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalty for the offense charged in the Indictment is as follows:

**Count 1:**   Conspiracy - 18 U.S.C. § 371

- Not more than five years of imprisonment;
- A fine of not more than $250,000;
- Not more than three years of supervised release;
- A $100 special assessment.

**Count 2:**   Possession of Explosive Materials - 18 U.S.C. § 842(a)(1)(3)

- Not more than ten years of imprisonment;
- A fine of not more than $250,000;
- Not more than three years of supervised release;
- A $100 special assessment.

**Count 3:**   Theft of Government Property - 18 U.S.C. § 641

- Not more than ten years of imprisonment;
- A fine of not more than $250,000;
- Not more than three years of supervised release;
- A $100 special assessment.

*Signatures on following page*

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Katelyn Semales*

Katelyn Semales
Special Assistant United States Attorney
New Hampshire Bar Number 268469