AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:     Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. left: __Greg Byrd, brother in law__

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   Date: 11 19 2018     Name of United States Marshal: Jeff Cavalle

(by) Deputy United States Marshal

Remarks: Previously served this def @ this address by serving family members (sister). On this date brother in law stated he would call defendant and effect service.

# United States District Court
## Southern District of Georgia

**UNITED STATES OF AMERICA**

vs.

**AUSTIN ALLEN CROSS**

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR218-41

(Name and Address of Defendant)
Austin Allen Cross
7000 79th Avenue North
Pinellas Park, FL 33781

**RECEIVED**

NOV 15 2018

U.S. Marshals Service
Savannah Georgia

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place  Federal Courthouse  801 Gloucester Street  Brunswick, GA 31520 | Room  Courtroom 1 |
| Before: | Date and Time  12/06/2018 at 10:00 am |

To answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title  __18 U.S.C.__  Section(s)  __371, 842 (h) , & 614__

Brief description of offense:
Conspiracy, Possession of Stolen Explosive Materials, Theft of Government Property

CONTACT PRETRIAL SERVICES OFFICER, __Fonda Dixon__, IMMEDIATELY UPON RECEIPT OF OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM THROUGH 5:00 PM MONDAY THROUGH FRIDAY. TELEPHONE: 912-280-1350

s/ Whitney Sharp
Signature of Issuing Officer

11/14/2018
Date

Whitney Sharp, CRDC
Name and Title of Issuing Officer

GAS Rev 4/21/97