# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR218-41**

United States of America

vs.
**Austin Allen Cross**
**10:05 - 10:35**

_____
Defendant/Age

**Marcela Mateo**
U. S. Attorney

**Kevin Gough**
Attorney for Defendant

☑ Plea agreement **(Received).**    ☑ Defendant Sworn    ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One (1)** of the indictment.

☑ Factual basis **Established.  Oral.  Plea Accepted** Witness for factual basis **S/A Kenney** .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Late Date** at **TBD** .

☑ Bond Continued **Yes.**    Bond modified to _____ .

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **12/06/2018**
Court Reporter **Debra Gilbert**    Probation Officer **Charlie Sikes**
Courtroom Deputy Clerk **Whitney Sharp**    U.S. Marshal **Marty**